FILED: September 8, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-4566
(9:22-cr-00658-RMG-1)

_____

UNITED STATES OF AMERICA

  Plaintiff - Appellant

v.

RUSSELL LUCIUS LAFFITTE

  Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Beaufort |
| Originating Case Number | 9:22-cr-00658-RMG-1 |
| Date notice of appeal filed in originating court: | 09/06/2023 |
| Appellant(s) | USA |
| Appellate Case Number | 23-4566 |
| Case Manager | Naeemah R. Sims<br>804-916-2704 |